FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 15, 2017

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DYLAN T. ABRAMS,<br><br>Defendant. | No. 2:15-PO-0269-JTR<br><br>ORDER GRANTING DEFENDANT'S MOTION TO DISMISS WITHOUT PREJUDICE |

**THIS MATTER** comes before the Court on Defendant's Motion for Dismissal of Pretrial Diversion. ECF No. 16. Defendant is represented by J. Stephen Roberts, Jr., Assistant Federal Defender. The United States is represented by Jocelyn Sullivan, Legal Intern, and Tyler Tornabene, a supervising United States Attorney.

Defendant moves to dismiss the case, without prejudice, based on his compliance with the requirements of his March 15, 2016, Unsupervised Pre-Trial Diversion Agreement, ECF No. 13. ECF No. 16. The Government was contracted regarding the motion and indicated via email that they have no objection to Defendant's motion to dismiss without prejudice.

ORDER . . . - 1

Because Defendant has complied with all requirements imposed under the pretrial diversion agreement in this matter, **IT IS ORDERED**:

1. Defendant's Motion to Dismiss, **ECF No. 16**, is **GRANTED**.

2. The pending citation for Failure to Comply With a Lawful Order, in violation of 36 C.F.R. § 327.24(b) – Violation No. 3315371, is **DISMISSED WITHOUT PREJUDICE**.

3. **The March 15, 2017, 2:30 p.m. status hearing in this matter is STRICKEN.**

**IT IS SO ORDERED**.

DATED March 15, 2017.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER . . . - 2